**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JONNA BLOODWORTH                                                                                      PLAINTIFF

v.                                          No. 4:10CV00517 JLH

PIKE PLAZA SHOPPING CENTER, LLC                                                      DEFENDANT

## FINAL ORDER

THIS CAUSE came before consideration of this Court upon the parties' Joint Stipulation of Dismissal With Prejudice.

The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendant with prejudice.

2. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

3. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED this the 31st day of January, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE